# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Therese Nyirarukundo,

Plaintiff,

v.

Alejandro Mayorkas, et al.,

Defendants.

No. CV-24-00585-TUC-BGM

**ORDER**

Before the Court is the parties' Stipulated Motion to Dismiss, which the Court interprets as a Joint Stipulation of Voluntary Dismissal. (Doc. 19.) Federal Rule of Civil Procedure 41 provides that the plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a)(1)(A)(ii). Unless the stipulation states otherwise, the dismissal is without prejudice. Fed. R. Civ. P. 41(a)(1)(B). The stipulation at hand meets these requirements.

**IT IS ORDERED** that the Stipulated Motion to Dismiss (Doc. 19) is granted.

**IT IS FURTHER ORDERED** that this case is dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall close this case.

Dated this 20th day of May, 2025.

Honorable Bruce G. Macdonald
United States Magistrate Judge